Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28018−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl A Powell Sr                              Michelle A. Finney−Powell
   717 Watchung Avenue                           aka Michelle A Powell
   Plainfield, NJ 07060                          717 Watchung Avenue
                                                 Plainfield, NJ 07060

Social Security No.:
   xxx−xx−9081                                   xxx−xx−4688
Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              11/15/18
Time:              10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: September 24, 2018
JAN: dmc

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-28018-VFP
Carl A Powell, Sr                                                      Chapter 13
Michelle A. Finney-Powell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 24, 2018
                              Form ID: 132             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db/jdb          +Carl A Powell, Sr,    Michelle A. Finney-Powell,    717 Watchung Avenue,
                  Plainfield, NJ 07060-2513
cr              +U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN,    RAS Crane, LLC,
                  10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
517746644       +AmeriCredit/GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
517746645       +Amex/Bankruptcy,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
517746646       +Ashbrook,    1610 Raritan Rd.,    Scotch Plains, NJ 07076-2996
517746647      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attn: Bankruptcy,    PO Box 982238,
                  El Paso, TX 79998)
517746649       +Bank of America,    100 N. Tyron Street,    Charlotte, NC 28255-0001
517746650       +Bank of America Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
517746651       +Bank of America Home Loans,    PO Box 660694,    Dallas, TX 75266-0694
517746652       +Bank of America Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
517768991       +Bank of America, N.A.,    c/o Marinosci Law Group, P.C.,    ATTN: Bankruptcy Department,
                  100 West Cypress Creek Road, Suite 1045,    Fort Lauderdale, FL 33309-2191
517746653       +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
517746656       +Capital One/Neiman Marcus/Bergdorf Goodm,    Attn: Bankruptcy,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
517746657       +Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517746658       +Ernston McCormack,    191 Blackford Avenue,    Piscataway, NJ 08854-2327
517746659       +Genesis Physician Services,    PO Box 3208,    Indianapolis, IN 46206-3208
517746666        Plainfield M.U.A. Sewerage & Solid Waste,    127 Roosevelt Avenue,    Plainfield, NJ 07060-1398
517746667       +Plainfield M.U.A. Sewerage & Solid Waste,    PO Box 23310,    Newark, NJ 07189-0310
517746668       +Plainfield MUA,    PO Box 5110,    Plainfield, NJ 07061-5110
517746669       +Plainfield Rescue Squad, Inc.,    700 W 7th St,    Plainfield, NJ 07060-2011
517746670       +Proponent Fcu,    536 Washington Ave,    Nutley, NJ 07110-3600
517746671        Pulmonary Internists, PA,    Attn: Savit Collection Agency,    PO Box 250,
                  East Brunswick, NJ 08816-0250
517746672       +Robert Wood Johnson,    865 Stone Street,    Rahway, NJ 07065-2742
517746674        Robert Wood Johnson University Medical,    PO Box 21356,    New York, NY 10087-1356
517746675       +Santander Bank NA,    Attn: Bankruptcy,    PO Box 12646,    Readiing, PA 19612-2646
517746679       +The Bank of New York,    Attn: KML Law Group, LLC,    216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
517746680       +The Woodlands center,    1400 Woodland Avenue,    Plainfield, NJ 07060-3362
517746681       +Union Count Probation,    1143 E. Jersey St.,    Elizabeth, NJ 07201-2310
517746682       +Union County Child Support,    1143-1145 East Jersey Street,    Elizabeth, NJ 07201-2310
517746683       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
517746684      ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                 (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    PO Box 6429,
                  Greenville, SC 29606)
517746685       +Yolene Auguste,    234 North 2nd Avenue,    Manville, NJ 08835-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 00:18:44      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 00:18:39      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517746660        E-mail/Text: cio.bncmail@irs.gov Sep 25 2018 00:17:58      Internal Revenue Service,
                  Special Procedures Function,    PO Box 724,    Springfield, NJ 07081
517746663       +E-mail/Text: masmith@jfkhealth.org Sep 25 2018 00:19:23      JFK Medical Center,    PO Box 11913,
                  Newark, NJ 07101-4913
517746662        E-mail/Text: masmith@jfkhealth.org Sep 25 2018 00:19:23      JFK Medical Center,
                  80 James St., 4th Floor,    Edison, NJ 08820-3938
517746665       +E-mail/Text: bnc@nordstrom.com Sep 25 2018 00:17:52      Nordstrom Signature Visa,
                  Colorado Service Center,    PO Box 6555,    Englewood, CO 80155-6555
517746673       +E-mail/Text: rwjebn@rwjbh.org Sep 25 2018 00:19:37      Robert Wood Johnson University Hospital,
                  One Robert Wood Johnson Place,    PO Box 2601,    New Brunswick, NJ 08903-2601
517746676       +E-mail/Text: bankruptcy@savit.com Sep 25 2018 00:19:39      Savit Collection Agency,
                  PO Box 250,    East Brunswick, NJ 08816-0250
517746677       +E-mail/Text: jennifer.chacon@spservicing.com Sep 25 2018 00:19:47
                  Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
517746678       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 00:23:41      Synchrony Bank/TJX,
                  Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Sep 24, 2018
                               Form ID: 132             Total Noticed: 42

517746654*       +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
517746655*       +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
517746661*        Internal Revenue Service,    Special Procedures Function,    PO Box 744,    Springfield, NJ 07081
517746664*       +JFK Medical Center,    PO Box 11913,    Newark, NJ 07101-4913
517746648      ##+Bank of America,    Attn: Bankruptcy Nc4-105-02-77,    PO Box 26012,    Greensboro, NC 27420-6012
                                                                                         TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              Herbert B. Raymond    on behalf of Joint Debtor Michelle A. Finney-Powell
               bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Herbert B. Raymond    on behalf of Debtor Carl A Powell, Sr bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Jill Manzo    on behalf of Creditor   FAY SERVICING, LLC, as servicer for U.S. ROF III LEGAL
               TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE
               bankruptcy@feinsuch.com
              Laura M. Egerman    on behalf of Creditor   U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6