**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 1 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

CARL A. POWELL, SR.
MICHELLE A. FINNEY-POWELL,

        Debtor(s)

Case No.:      18-28018 VFP

Judge:      PAPALIA

## Chapter 13 Plan and Motions

☒ Original      ☐ Modified/Notice Required      Date:   9/23/18

☒ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney:    HR      Initial Debtor:    CP      Initial Co-Debtor:    MP

## Part 1:    Payment and Length of Plan

a.  The debtor shall pay $ _____1053_____ per _____MONTH_____ to the Chapter 13 Trustee, starting on
_____OCTOBER OF 2018_____ for approximately _____60_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐   Sale of real property
Description:

Proposed date for completion: _____

☐   Refinance of real property:
Description:
Proposed date for completion: _____

☒   Loan modification with respect to mortgage encumbering property:
Description: 717 Watchung Avenue, Plainfield, NJ
Proposed date for completion: _3/31/19 or as extended **_

d.  ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☒ Other information that may be important relating to the payment and length of plan:

** Completion of loan modification on or before March 31, 2019, or as extended by the Court.  Debtors to make regular
monthly mortgage payment to lender/servicer, Select Portfolio Servicing, Inc..  Trustee is not to pay mortgage arrears due to
Select Portfolio Servicing, Inc.  Mortgage arrears, due to Select Portfolio Servicing, Inc., to be addressed through loan
modification.

**Part 2:    Adequate Protection ☒ NONE**

     a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | NONE AS TO DOMESTIC SUPPORT | $2,636 Balance Due Counsel Fees |
| INTERNAL REVENUE SERVICE | PRIORITY INCOME TAX LIABILITY | $23,000 |

    b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4:   Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA, NA | 2ND MORTGAGE AGAINST REAL PROPERTY | $77,374 | $481,754 | SELECT PORTFOLIO SERVICING AND PLFD. MUA IN THE TOTAL AMOUNT OF $495,588 | NO VALUE | N/A | NO VALUE |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

i. Americredit/GM Financial, continued payments, on automobile loan pertaining to a 2004 Ford F-150, no arrears. Continued payments by the Debtors directly to Americredit/Gm Financial.

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| PLAINFIELD MUA | UNPAID GARBAGE AND SEWER CHARGES PERTAINING TO REAL PROPERTY. STATUTORY LIEN. | $19,826 PLUS INTEREST AT 18%, FOR A TOTAL CLAIM OF $30,207.01 |

**Part 5:    Unsecured Claims** ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | ;sdifhsdhf sdifhd;ih |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| BANK OF AMERICA, NA | 2ND MORTGAGE AGAINST REAL PROPERTY RE: 717 WATCHUNG AVE., PLAINFIELD, NJ | $77,374 | NO VALUE | SELECT PORTFOLIO SERVICING AND PLFD. MUA IN THE TOTAL AMOUNT OF $495,588 | NO VALUE | ENTIRE MORTGAGE IN THE AMOUNT OF $77,374 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Counsel Fees & Supp. Counsel Fees (Fully paid before other Claims)

3) Secured Claims and then Priority Claims

4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification  ☒ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐  Yes    ☐  No

---

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: AUGUST 7, 2018                          /S/ CARL A. POWELL, SR.
                                              Debtor

Date: AUGUST 7, 2018                          /S/ MICHELLE A. FINNEY-POWELL
                                              Joint Debtor

Date: AUGUST 7, 2018                          /S/ HERBERT B. RAYMOND, ESQ.
                                              Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-28018-VFP
Carl A Powell, Sr                                                          Chapter 13
Michelle A. Finney-Powell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin           Page 1 of 2          Date Rcvd: Sep 24, 2018
                            Form ID: pdf901        Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db/jdb        +Carl A Powell, Sr,   Michelle A. Finney-Powell,   717 Watchung Avenue,
               Plainfield, NJ 07060-2513
cr            +U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN,   RAS Crane, LLC,
               10700 Abbott's Bridge Road, Suite 170,   Duluth, GA 30097-8461
517746644     +AmeriCredit/GM Financial,   PO Box 181145,   Arlington, TX 76096-1145
517746645     +Amex/Bankruptcy,   Correspondence,   PO Box 981540,   El Paso, TX 79998-1540
517746646     +Ashbrook,   1610 Raritan Rd.,   Scotch Plains, NJ 07076-2996
517746647     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Attn: Bankruptcy,   PO Box 982238,
               El Paso, TX 79998)
517746649     +Bank of America,   100 N. Tyron Street,   Charlotte, NC 28255-0001
517746650     +Bank of America Home Loans,   7105 Corporate Drive,   Plano, TX 75024-4100
517746651     +Bank of America Home Loans,   PO Box 660694,   Dallas, TX 75266-0694
517746652     +Bank of America Home Loans,   450 American Street,   Simi Valley, CA 93065-6285
517768991     +Bank of America, N.A.,   c/o Marinosci Law Group, P.C.,   ATTN: Bankruptcy Department,
               100 West Cypress Creek Road, Suite 1045,   Fort Lauderdale, FL 33309-2191
517746653     +Barclays Bank Delaware,   Attn: Correspondence,   PO Box 8801,   Wilmington, DE 19899-8801
517746656     +Capital One/Neiman Marcus/Bergdorf Goodm,   Attn: Bankruptcy,   PO Box 30285,
               Salt Lake City, UT 84130-0285
517746657     +Chase Card Services,   Correspondence Dept,   PO Box 15298,   Wilmington, DE 19850-5298
517746658     +Ernston McCormack,   191 Blackford Avenue,   Piscataway, NJ 08854-2327
517746659     +Genesis Physician Services,   PO Box 3208,   Indianapolis, IN 46206-3208
517746666      Plainfield M.U.A. Sewerage & Solid Waste,   127 Roosevelt Avenue,   Plainfield, NJ 07060-1398
517746667     +Plainfield M.U.A. Sewerage & Solid Waste,   PO Box 23310,   Newark, NJ 07189-0310
517746668     +Plainfield MUA,   PO Box 5110,   Plainfield, NJ 07061-5110
517746669     +Plainfield Rescue Squad, Inc.,   700 W 7th St,   Plainfield, NJ 07060-2011
517746670     +Proponent Fcu,   536 Washington Ave,   Nutley, NJ 07110-3600
517746671      Pulmonary Internists, PA,   Attn: Savit Collection Agency,   PO Box 250,
               East Brunswick, NJ 08816-0250
517746672     +Robert Wood Johnson,   865 Stone Street,   Rahway, NJ 07065-2742
517746674      Robert Wood Johnson University Medical,   PO Box 21356,   New York, NY 10087-1356
517746675     +Santander Bank NA,   Attn: Bankruptcy,   PO Box 12646,   Reading, PA 19612-2646
517746679     +The Bank of New York,   Attn: KML Law Group, LLC,   216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
517746680     +The Woodlands center,   1400 Woodland Avenue,   Plainfield, NJ 07060-3362
517746681     +Union Count Probation,   1143 E. Jersey St.,   Elizabeth, NJ 07201-2310
517746682     +Union County Child Support,   1143-1145 East Jersey Street,   Elizabeth, NJ 07201-2310
517746683     +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   PO Box 8053,   Mason, OH 45040-8053
517746684     ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,   Attn: Bankruptcy Dept,   PO Box 6429,
               Greenville, SC 29606)
517746685     +Yolene Auguste,   234 North 2nd Avenue,   Manville, NJ 08835-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 00:18:44   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 00:18:39   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517746660      E-mail/Text: cio.bncmail@irs.gov Sep 25 2018 00:18:00   Internal Revenue Service,
               Special Procedures Function,   PO Box 724,   Springfield, NJ 07081
517746663     +E-mail/Text: masmith@jfkhealth.org Sep 25 2018 00:19:23   JFK Medical Center,   PO Box 11913,
               Newark, NJ 07101-4913
517746662      E-mail/Text: masmith@jfkhealth.org Sep 25 2018 00:19:23   JFK Medical Center,
               80 James St., 4th Floor,   Edison, NJ 08820-3938
517746665     +E-mail/Text: bnc@nordstrom.com Sep 25 2018 00:17:53   Nordstrom Signature Visa,
               Colorado Service Center,   PO Box 6555,   Englewood, CO 80155-6555
517746673     +E-mail/Text: rwjebn@rwjbh.org Sep 25 2018 00:19:37   Robert Wood Johnson University Hospital,
               One Robert Wood Johnson Place,   PO Box 2601,   New Brunswick, NJ 08903-2601
517746676     +E-mail/Text: bankruptcy@savit.com Sep 25 2018 00:19:39   Savit Collection Agency,
               PO Box 250,   East Brunswick, NJ 08816-0250
517746677     +E-mail/Text: jennifer.chacon@spservicing.com Sep 25 2018 00:19:47
               Select Portfolio Servicing, Inc.,   PO Box 65250,   Salt Lake City, UT 84165-0250
517746678     +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 00:23:15   Synchrony Bank/TJX,
               Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL 32896-5060
                                                                                        TOTAL: 10

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 24, 2018
                              Form ID: pdf901          Total Noticed: 42

517746654*      +Barclays Bank Delaware,   Attn: Correspondence,   PO Box 8801,   Wilmington, DE 19899-8801
517746655*      +Barclays Bank Delaware,   Attn: Correspondence,   PO Box 8801,   Wilmington, DE 19899-8801
517746661*       Internal Revenue Service,   Special Procedures Function,   PO Box 744,   Springfield, NJ 07081
517746664*      +JFK Medical Center,   PO Box 11913,   Newark, NJ 07101-4913
517746648      ##+Bank of America,   Attn: Bankruptcy Nc4-105-02-77,   PO Box 26012,   Greensboro, NC 27420-6012
                                                                               TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2018 at the address(es) listed below:
              Herbert B. Raymond    on behalf of Joint Debtor Michelle A. Finney-Powell
               bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Herbert B. Raymond    on behalf of Debtor Carl A Powell, Sr bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Jill Manzo    on behalf of Creditor    FAY SERVICING, LLC, as servicer for U.S. ROF III LEGAL
               TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE
               bankruptcy@feinsuch.com
              Laura M. Egerman    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6
```