UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: bankruptcy123@comcast.net

Order Filed on January 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARL POWELL
MICHELLE FINNEY-POWELL,
DEBTORS

Case No.:  18-28018

Chapter:  13

Judge:  VFP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 11, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/17/18_____ :

Property:    717 Watching Avenue, Plainfield, NJ

Creditor:    Select Portfolio Servicing

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTORS_____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____4/7/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2