Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28018−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carl A Powell Sr
717 Watchung Avenue
Plainfield, NJ 07060

Michelle A. Finney−Powell
aka Michelle A Powell
717 Watchung Avenue
Plainfield, NJ 07060

Social Security No.:
   xxx−xx−9081                                            xxx−xx−4688

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/23/18 and a confirmation hearing on such Plan has been scheduled for 2/7/19.

The debtor filed a Modified Plan on 1/19/19 and a confirmation hearing on the Modified Plan is scheduled for 2/21/19. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: January 23, 2019
JAN: lc

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                           Case No. 18-28018-VFP
Carl A Powell, Sr                                                Chapter 13
Michelle A. Finney-Powell
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 3             Date Rcvd: Jan 23, 2019
                             Form ID: 186             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db/jdb         +Carl A Powell, Sr,    Michelle A. Finney-Powell,    717 Watchung Avenue,
                 Plainfield, NJ 07060-2513
cr            ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services Inc.,    PO Box 183853,
                 Arlington, TX  76096)
cr             +U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN,    RAS Crane, LLC,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
517746644      +AmeriCredit/GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
517746645      +Amex/Bankruptcy,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
517746646      +Ashbrook,    1610 Raritan Rd.,    Scotch Plains, NJ 07076-2996
517746647     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998)
517746649      +Bank of America,    100 N. Tyron Street,    Charlotte, NC 28255-0001
517746650      +Bank of America Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
517746651      +Bank of America Home Loans,    PO Box 660694,    Dallas, TX 75266-0694
517746652      +Bank of America Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
517768991      +Bank of America, N.A.,    c/o Marinosci Law Group, P.C.,    ATTN: Bankruptcy Department,
                 100 West Cypress Creek Road, Suite 1045,    Fort Lauderdale, FL 33309-2191
517873636      +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
517746653      +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
517746656      +Capital One/Neiman Marcus/Bergdorf Goodm,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517746657      +Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517746658      +Ernston McCormack,    191 Blackford Avenue,    Piscataway, NJ 08854-2327
517746659      +Genesis Physician Services,    PO Box 3208,    Indianapolis, IN 46206-3208
517746666       Plainfield M.U.A. Sewerage & Solid Waste,    127 Roosevelt Avenue,    Plainfield, NJ 07060-1398
517746667      +Plainfield M.U.A. Sewerage & Solid Waste,    PO Box 23310,    Newark, NJ 07189-0310
517746668      +Plainfield MUA,    PO Box 5110,    Plainfield, NJ 07061-5110
517746669      +Plainfield Rescue Squad, Inc.,    700 W 7th St,    Plainfield, NJ 07060-2011
517746670      +Proponent Fcu,    536 Washington Ave,    Nutley, NJ 07110-3600
517746671       Pulmonary Internists, PA,    Attn: Savit Collection Agency,    PO Box 250,
                 East Brunswick, NJ 08816-0250
517746672      +Robert Wood Johnson,    865 Stone Street,    Rahway, NJ 07065-2742
517746675      +Santander Bank NA,    Attn: Bankruptcy,    PO Box 12646,    Reading, PA 19612-2646
517746679      +The Bank of New York,    Attn: KML Law Group, LLC,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517746680      +The Woodlands center,    1400 Woodland Avenue,    Plainfield, NJ 07060-3362
517746681      +Union Count Probation,    1143 E. Jersey St.,    Elizabeth, NJ 07201-2310
517746682      +Union County Child Support,    1143-1145 East Jersey Street,    Elizabeth, NJ 07201-2310
517746683      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
517746684     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,   DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    PO Box 6429,
                 Greenville, SC 29606)
517848468       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517746685      +Yolene Auguste,    234 North 2nd Avenue,    Manville, NJ 08835-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 23:50:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 23:50:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517746660       E-mail/Text: cio.bncmail@irs.gov Jan 23 2019 23:49:48      Internal Revenue Service,
                 Special Procedures Function,    PO Box 724,    Springfield, NJ 07081
517746663      +E-mail/Text: abachman@rmbcollect.com Jan 23 2019 23:51:17      JFK Medical Center,
                 PO Box 11913,    Newark, NJ 07101-4913
517746662       E-mail/Text: abachman@rmbcollect.com Jan 23 2019 23:51:17      JFK Medical Center,
                 80 James St., 4th Floor,    Edison, NJ 08820-3938
517746665      +E-mail/Text: bnc@nordstrom.com Jan 23 2019 23:49:34      Nordstrom Signature Visa,
                 Colorado Service Center,    PO Box 6555,    Englewood, CO 80155-6555
517865851       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:56:33
                 Portfolio Recovery Associates, LLC,    c/o Jetblue Plus Card,    POB 41067,   Norfolk VA 23541
517865852       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:55:51
                 Portfolio Recovery Associates, LLC,    c/o Neiman Marcus,    POB 41067,   Norfolk VA 23541
517862988       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:57:18
                 Portfolio Recovery Associates, LLC,    c/o Nfl Extra Points,    POB 41067,   Norfolk VA 23541
517866804       E-mail/Text: bkdepartment@rtresolutions.com Jan 23 2019 23:50:42
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
517746673      +E-mail/Text: rwjebn@rwjbh.org Jan 23 2019 23:51:36     Robert Wood Johnson University Hospital,
                 One Robert Wood Johnson Place,    PO Box 2601,    New Brunswick, NJ 08903-2601
```

```
District/off: 0312-2          User: admin              Page 2 of 3                   Date Rcvd: Jan 23, 2019
                              Form ID: 186             Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517746674      E-mail/Text: rwjebn@rwjbh.org Jan 23 2019 23:51:36      Robert Wood Johnson University Medical,
                PO Box 21356,    New York, NY 10087-1356
517746676     +E-mail/Text: bankruptcy@savit.com Jan 23 2019 23:51:39      Savit Collection Agency,
                PO Box 250,    East Brunswick, NJ 08816-0250
517746677     +E-mail/Text: jennifer.chacon@spservicing.com Jan 23 2019 23:51:45
                Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
517746678     +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:56:24      Synchrony Bank/TJX,
                Attn:  Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517879299      E-mail/Text: jennifer.chacon@spservicing.com Jan 23 2019 23:51:45
                The Bank of New York Mellon, et al,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517861813       U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN,    Fay Servicing, LLC,
                 3000 Kellway Drive Suite 150 Carrollton,
517771208*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,     ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services, Inc.,     Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
517815471*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,     ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services, Inc.,     Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
517746654*    +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
517746655*    +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
517746661*     Internal Revenue Service,    Special Procedures Function,    PO Box 744,    Springfield, NJ 07081
517746664*    +JFK Medical Center,    PO Box 11913,    Newark, NJ 07101-4913
517746648    ##+Bank of America,    Attn: Bankruptcy Nc4-105-02-77,    PO Box 26012,    Greensboro, NC 27420-6012
                                                                                          TOTALS: 1, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, successor trustee to
               JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured
               Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Joint Debtor Michelle A. Finney-Powell
               bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Herbert B. Raymond    on behalf of Debtor Carl A Powell, Sr bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Jill  Manzo    on behalf of Creditor    FAY SERVICING, LLC, as servicer for U.S. ROF III LEGAL
               TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE
               bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon, successor trustee to
               JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured
               Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jan 23, 2019
                              Form ID: 186             Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Laura M. Egerman    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                  TOTAL: 8