| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Raymond and Raymonds, Esq.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond, Esq.;<br>Jeffrey M. Raymond, Esq.<br>Kevin de Lyon, Esq.<br>Attorneys for the Debtor(s) | **Order Filed on April 9, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>CARL POWELL<br>MICHELLE FINNEY-POWELL,<br>DEBTOR(S) | Case No.: 18-28018 (VFP)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: VINCENT PAPALIA |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: April 9, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtor: Carl Powell
        Michelle Finney- Powell , Debtor(s)

Case no.: 18-28018 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$950.00** for services rendered and expenses in the amount **$40.00**  for a total of **$990.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

The debtor's monthly plan payment is modified to require payments as follows:

   This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.