Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28018−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carl A Powell Sr
717 Watchung Avenue
Plainfield, NJ 07060

Michelle A. Finney−Powell
aka Michelle A Powell
717 Watchung Avenue
Plainfield, NJ 07060

Social Security No.:
  xxx−xx−9081                                                                  xxx−xx−4688

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/19 at 10:00 AM

to consider and act upon the following:

*58* − Motion to Approve Loan Modification with Select Portfolio Servicing, Inc. Filed by Herbert B. Raymond on behalf of Michelle A. Finney−Powell, Carl A Powell Sr. Objection deadline is 07/19/2019. (Attachments: # 1 Proposed Order Approving Loan Modification # 2 Certificate of Service # 3 Exhibit Loan Modification Agreement) (Raymond, Herbert)

*64* − Document re: Letter Requesting Hearing Pertaining to Motion to Approve Loan Modification (related document:58 Motion to Approve Loan Modification filed by Debtor Carl A Powell, Joint Debtor Michelle A. Finney−Powell) filed by Herbert B. Raymond on behalf of Michelle A. Finney−Powell, Carl A Powell Sr. (Raymond, Herbert)

Dated: 7/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court