Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18−28018−VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Carl A Powell Sr                                       Michelle A. Finney−Powell
   717 Watchung Avenue                           aka Michelle A Powell
   Plainfield, NJ 07060                              717 Watchung Avenue
                                                                          Plainfield, NJ 07060

Social Security No.:
   xxx−xx−9081                                                  xxx−xx−4688

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/19 at 10:00 AM

to consider and act upon the following:

**58** − Motion to Approve Loan Modification with Select Portfolio Servicing, Inc. Filed by Herbert B. Raymond on behalf of Michelle A. Finney−Powell, Carl A Powell Sr. Objection deadline is 07/19/2019. (Attachments: # 1 Proposed Order Approving Loan Modification # 2 Certificate of Service # 3 Exhibit Loan Modification Agreement) (Raymond, Herbert)

**64** − Document re: Letter Requesting Hearing Pertaining to Motion to Approve Loan Modification (related document:58 Motion to Approve Loan Modification filed by Debtor Carl A Powell, Joint Debtor Michelle A. Finney−Powell) filed by Herbert B. Raymond on behalf of Michelle A. Finney−Powell, Carl A Powell Sr. (Raymond, Herbert)

Dated: 7/22/19

                                                                       Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Carl A Powell, Sr  
Michelle A. Finney-Powell  
    Debtors

Case No. 18-28018-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 22, 2019  
                Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2019.
```
db/jdb      +Carl A Powell, Sr,   Michelle A. Finney-Powell,   717 Watchung Avenue,
              Plainfield, NJ 07060-2696
cr          +U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN,   RAS Crane, LLC,
              10700 Abbott's Bridge Road, Suite 170,   Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 23 2019 00:18:00
                AmeriCredit Financial Services Inc.,   PO Box 183853,   Arlington, TX  76096
                                                                                             TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****  
NONE.              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, successor trustee to
           JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured
           Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Carl A Powell, Sr herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Herbert B. Raymond    on behalf of Joint Debtor Michelle A. Finney-Powell herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Jill  Manzo    on behalf of Creditor    FAY SERVICING, LLC, as servicer for U.S. ROF III LEGAL
           TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE
           bankruptcy@feinsuch.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S.
           BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon, successor trustee to
           JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured
           Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK
           NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```