UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on August 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   CARL A POWELL, SR
   MICHELLE A. FINNEY-POWELL

Case No.:  18-28018

Judge:  VINCENT F. PAPALIA

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: August 23, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s): CARL A POWELL, SR
MICHELLE A. FINNEY-POWELL

Case No.: 18-28018VFP

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of PLAINFIELD MUA, Court Claim Number 1, be reduced to amount of $0 .

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-28018-VFP
Carl A Powell, Sr                                                         Chapter 13
Michelle A. Finney-Powell
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Aug 23, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db/jdb          +Carl A Powell, Sr,   Michelle A. Finney-Powell,    717 Watchung Avenue,
                 Plainfield, NJ 07060-2696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, successor trustee to
               JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured
               Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Carl A Powell, Sr herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Herbert B. Raymond    on behalf of Joint Debtor Michelle A. Finney-Powell herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Jill  Manzo    on behalf of Creditor    FAY SERVICING, LLC, as servicer for U.S. ROF III LEGAL
               TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE
               bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S.
               BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon, successor trustee to
               JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured
               Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9