UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

Order Filed on October 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARL POWELL
MICHELLE FINNEY-POWELL,
DEBTORS

Case No.: __18-28018 (VFP)__

Chapter: __13__

Judge: __Vincent F. Papalia__

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 15, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____7/10/19_____ :

Property:    717 Watchung Avenue, Plainfield, NJ

Creditor:    Select Portfolio Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTORS_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____01/07/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2