Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–28018–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carl A Powell Sr                        Michelle A. Finney–Powell
717 Watchung Avenue                     aka Michelle A Powell
Plainfield, NJ 07060                    717 Watchung Avenue
                                        Plainfield, NJ 07060

Social Security No.:
xxx–xx–9081                                      xxx–xx–4688

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       3/5/20
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$1200.00

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☐       will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☑       will reduce the amount to be paid to general unsecured
        creditors under the plan as follows: POT PLAN

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 5, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-28018-VFP
Carl A Powell, Sr                                                         Chapter 13
Michelle A. Finney-Powell
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3          Date Rcvd: Feb 05, 2020
                             Form ID: 137          Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db/jdb          +Carl A Powell, Sr,  Michelle A. Finney-Powell,   717 Watchung Avenue,
                 Plainfield, NJ 07060-2696
cr              +U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN,   RAS Crane, LLC,
                 10700 Abbott's Bridge Road, Suite 170,   Duluth, GA 30097-8461
517746645       +Amex/Bankruptcy,  Correspondence,  PO Box 981540,  El Paso, TX 79998-1540
517746646       +Ashbrook,  1610 Raritan Rd.,  Scotch Plains, NJ 07076-2996
517746647      ++BANK OF AMERICA,  PO BOX 982238,  EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,  Attn: Bankruptcy,  PO Box 982238,
                 El Paso, TX 79998)
517746649       +Bank of America,  100 N. Tyron Street,  Charlotte, NC 28255-0001
517746650       +Bank of America Home Loans,  7105 Corporate Drive,  Plano, TX 75024-4100
517746652       +Bank of America Home Loans,  450 American Street,  Simi Valley, CA 93065-6285
517746651       +Bank of America Home Loans,  PO Box 660694,  Dallas, TX 75266-0694
517873636       +Bank of America, N.A.,  P.O. Box 31785,  Tampa, FL 33631-3785
517768991       +Bank of America, N.A.,  c/o Marinosci Law Group, P.C.,  ATTN: Bankruptcy Department,
                 100 West Cypress Creek Road, Suite 1045,  Fort Lauderdale, FL 33309-2191
517746653       +Barclays Bank Delaware,  Attn: Correspondence,  PO Box 8801,  Wilmington, DE 19899-8801
517746656       +Capital One/Neiman Marcus/Bergdorf Goodm,  Attn: Bankruptcy,  PO Box 30285,
                 Salt Lake City, UT 84130-0285
517746657       +Chase Card Services,  Correspondence Dept,  PO Box 15298,  Wilmington, DE 19850-5298
517746658       +Ernston McCormack,  191 Blackford Avenue,  Piscataway, NJ 08854-2327
518318633        Fay Servicing, LLC,  PO Box 814609,,  Dallas, TX 753814609
517746659       +Genesis Physician Services,  PO Box 3208,  Indianapolis, IN 46206-3208
517746667       +Plainfield M.U.A. Sewerage & Solid Waste,  Box 23310,  Newark, NJ 07189-0001
517746666        Plainfield M.U.A. Sewerage & Solid Waste,  127 Roosevelt Avenue,  Plainfield, NJ 07060-1398
517746668       +Plainfield MUA,  PO Box 5110,  Plainfield, NJ 07061-5110
517746669       +Plainfield Rescue Squad, Inc.,  700 W 7th St,  Plainfield, NJ 07060-2011
517746671       +Pulmonary Internists, PA,  Attn: Savit Collection Agency,  PO Box 250,
                 East Brunswick, NJ 08816-0250
517746672       +Robert Wood Johnson,  865 Stone Street,  Rahway, NJ 07065-2742
517746675       +Santander Bank NA,  Attn: Bankruptcy,  PO Box 12646,  Reading, PA 19612-2646
517746679       +The Bank of New York,  Attn: KML Law Group, LLC,  216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517746680       +The Woodlands center,  1400 Woodland Avenue,  Plainfield, NJ 07060-3362
517746681       +Union Count Probation,  1143 E. Jersey St.,  Elizabeth, NJ 07201-2310
517746682       +Union County Child Support,  1143-1145 East Jersey Street,  Elizabeth, NJ 07201-2310
517746683       +Visa Dept Store National Bank/Macy's,  Attn: Bankruptcy,  PO Box 8053,  Mason, OH 45040-8053
517746684      ++WELLS FARGO BANK NA,  1 HOME CAMPUS,  MAC X2303-01A,  DES MOINES IA 50328-0001
                 (address filed with court: Wells Fargo Bank,  Attn: Bankruptcy Dept,  PO Box 6429,
                 Greenville, SC 29606)
517848468        Wells Fargo Bank, N.A.,  Wells Fargo Card Services,  PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517746685       +Yolene Auguste,  234 North 2nd Avenue,  Manville, NJ 08835-1308


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2020 00:21:56    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,  Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2020 00:21:54    United States Trustee,
                 Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
cr               E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 06 2020 00:21:25
                 AmeriCredit Financial Services Inc.,  PO Box 183853,  Arlington, TX  76096
517771208        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 06 2020 00:21:25
                 Americredit Financial Services, Inc.,  Dba GM Financial,  P.O. Box 183853,
                 Arlington, TX 76096
517746644       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 06 2020 00:21:25
                 AmeriCredit/GM Financial,  PO Box 181145,  Arlington, TX 76096-1145
517746660        E-mail/Text: cio.bncmail@irs.gov Feb 06 2020 00:21:18    Internal Revenue Service,
                 Special Procedures Function,  PO Box 724,  Springfield, NJ 07081
517746663       +E-mail/Text: abachman@rmbcollect.com Feb 06 2020 00:22:35    JFK Medical Center,
                 PO Box 11913,  Newark, NJ 07101-4913
517746662        E-mail/Text: abachman@rmbcollect.com Feb 06 2020 00:22:35    JFK Medical Center,
                 80 James St., 4th Floor,  Edison, NJ 08820-3938
517746665       +E-mail/Text: bnc@nordstrom.com Feb 06 2020 00:21:10    Nordstrom Signature Visa,
                 Colorado Service Center,  PO Box 6555,  Englewood, CO 80155-6555
517865851        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 00:28:18
                 Portfolio Recovery Associates, LLC,  c/o Jetblue Plus Card,  POB 41067,  Norfolk VA 23541
517865852        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 00:40:34
                 Portfolio Recovery Associates, LLC,  c/o Neiman Marcus,  POB 41067,  Norfolk VA 23541
517862988        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 00:28:17
                 Portfolio Recovery Associates, LLC,  c/o Nfl Extra Points,  POB 41067,  Norfolk VA 23541
517746670        E-mail/Text: collections@profcu.org Feb 06 2020 00:20:49    Proponent Fcu,
                 536 Washington Ave,  Nutley, NJ 07110

District/off: 0312-2          User: admin              Page 2 of 3          Date Rcvd: Feb 05, 2020
                             Form ID: 137              Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517866804        E-mail/Text: bkdepartment@rtresolutions.com Feb 06 2020 00:22:08
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
517746673       +E-mail/Text: rwjebn@rwjbh.org Feb 06 2020 00:22:45        Robert Wood Johnson University Hospital,
                 One Robert Wood Johnson Place,   PO Box 2601,   New Brunswick, NJ 08903-2601
517746674        E-mail/Text: rwjebn@rwjbh.org Feb 06 2020 00:22:45        Robert Wood Johnson University Medical,
                 PO Box 21356,   New York, NY 10087-1356
517746676       +E-mail/Text: bankruptcy@savit.com Feb 06 2020 00:22:47        Savit Collection Agency,
                 PO Box 250,   East Brunswick, NJ 08816-0250
517746677       +E-mail/Text: jennifer.chacon@spservicing.com Feb 06 2020 00:22:52
                 Select Portfolio Servicing, Inc,   PO Box 65250,   Salt Lake City, UT 84165-0250
517746678       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 00:27:13        Synchrony Bank/TJX,
                 Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL 32896-5060
517879299        E-mail/Text: jennifer.chacon@spservicing.com Feb 06 2020 00:22:52
                 The Bank of New York Mellon, et al,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                       TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517861813        U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN,   Fay Servicing, LLC,
                 3000 Kellway Drive Suite 150 Carrollton,
517815471*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,   Dba GM Financial,
                 P.O Box 183853,   Arlington, TX 76096)
517746654*      +Barclays Bank Delaware,  Attn: Correspondence,   PO Box 8801,   Wilmington, DE 19899-8801
517746655*      +Barclays Bank Delaware,  Attn: Correspondence,   PO Box 8801,   Wilmington, DE 19899-8801
518318634*       Fay Servicing, LLC,   PO Box 814609,,   Dallas, TX 753814609
518318638*       Fay Servicing, LLC,   PO Box 814609,,   Dallas, TX 753814609
517746661*       Internal Revenue Service,   Special Procedures Function,   PO Box 744,   Springfield, NJ 07081
517746664*      +JFK Medical Center,   PO Box 11913,   Newark, NJ 07101-4913
517746648       ##+Bank of America,  Attn: Bankruptcy Nc4-105-02-77,   PO Box 26012,   Greensboro, NC 27420-6012
                                                                        TOTALS: 1, * 7, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2020 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon, successor trustee to
               JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured
               Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond   on behalf of Joint Debtor Michelle A. Finney-Powell herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Herbert B. Raymond   on behalf of Debtor Carl A Powell, Sr herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com

District/off: 0312-2          User: admin                Page 3 of 3              Date Rcvd: Feb 05, 2020
                             Form ID: 137                Total Noticed: 52

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jill  Manzo    on behalf of Creditor    FAY SERVICING, LLC, as servicer for U.S. ROF III LEGAL
                 TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE
                 bankruptcy@feinsuch.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S.
                 BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE kmcdonald@kmllawgroup.com,
                 bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon, successor trustee to
                 JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured
                 Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa kmcdonald@kmllawgroup.com,
                 bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK
                 NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com,
                 bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9