UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

In Re:

CARL POWELL
MICHELLE FINNEY-POWELL,

DEBTORS

Order Filed on October 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-28018 |
| Chapter: | 13 |
| Judge: | VFP |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 19, 2020**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _7/20/20_____:

Property:    717 Watchung Avenue, Plainfield, NJ

Creditor:    Bank of America

and a Request for

☒    Extension of the Loss Mitigation Period having been filed by _DEBTORS_____, and for good cause shown,

☐    Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒    The Loss Mitigation Period is extended up to and including _1/9/2021_____.

☐    The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 18-28018-VFP

Carl A Powell, Sr                                                               Chapter 13

Michelle A. Finney-Powell

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Oct 19, 2020                       Form ID: pdf903                             Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carl A Powell, Sr, Michelle A. Finney-Powell, 717 Watchung Avenue, Plainfield, NJ 07060-2696 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Michelle A. Finney-Powell, 717 Watchung Avenue, Plainfield, NJ 07060-2696 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020                     Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon  successor trustee to JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Carl A Powell  Sr herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Joint Debtor Michelle A. Finney-Powell herbertraymond@gmail.com |

raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Jill Manzo

on behalf of Creditor FAY SERVICING  LLC, as servicer for U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK
NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com

John R. Morton, Jr.

on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor U.S. ROF III LEGAL TITLE TRUST 2015-1  BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL
TITLE TRUSTEE kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald

on behalf of Creditor The Bank of New York Mellon  successor trustee to JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf
of the registered holders of Structured Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa
kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman

on behalf of Creditor U.S. ROF III LEGAL TITLE TRUST 2015-1  BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL
TITLE TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10