Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18−28018−VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl A Powell Sr                                      Michelle A. Finney−Powell
   717 Watchung Avenue                        aka Michelle A Powell
   Plainfield, NJ 07060                           717 Watchung Avenue
                                                         Plainfield, NJ 07060

Social Security No.:
   xxx−xx−9081                                             xxx−xx−4688

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 5, 2021.

Dated: February 5, 2021
JAN: mcp

                                                                                              Jeanne Naughton
                                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-28018-VFP

Carl A Powell, Sr  Chapter 13

Michelle A. Finney-Powell

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Feb 05, 2021     Form ID: plncf13     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carl A Powell, Sr, Michelle A. Finney-Powell, 717 Watchung Avenue, Plainfield, NJ 07060-2696 |
| cr | + | U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517746645 | + | Amex/Bankruptcy, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517746646 | + | Ashbrook, 1610 Raritan Rd., Scotch Plains, NJ 07076-2996 |
| 517746647 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998 |
| 517746649 | + | Bank of America, 100 N. Tyron Street, Charlotte, NC 28255-0001 |
| 517746650 | + | Bank of America Home Loans, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 517746652 | + | Bank of America Home Loans, 450 American Street, Simi Valley, CA 93065-6285 |
| 517746651 | + | Bank of America Home Loans, PO Box 660694, Dallas, TX 75266-0694 |
| 517873636 | + | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 517768991 | + | Bank of America, N.A., c/o Marinosci Law Group, P.C., ATTN: Bankruptcy Department, 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 517746653 | + | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 517746683 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 517746658 | + | Ernston McCormack, 191 Blackford Avenue, Piscataway, NJ 08854-2327 |
| 518318633 | | Fay Servicing, LLC, PO Box 814609,, Dallas, TX 753814609 |
| 517746659 | + | Genesis Physician Services, PO Box 3208, Indianapolis, IN 46206-3208 |
| 517746667 | + | Plainfield M.U.A. Sewerage & Solid Waste, PO Box 23310, Newark, NJ 07189-0001 |
| 517746666 | | Plainfield M.U.A. Sewerage & Solid Waste, 127 Roosevelt Avenue, Plainfield, NJ 07060-1398 |
| 517746668 | + | Plainfield MUA, PO Box 5110, Plainfield, NJ 07061-5110 |
| 517746669 | + | Plainfield Rescue Squad, Inc., 700 W 7th St, Plainfield, NJ 07060-2011 |
| 517746671 | | Pulmonary Internists, PA, Attn: Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517746672 | + | Robert Wood Johnson, 865 Stone Street, Rahway, NJ 07065-2742 |
| 517746675 | + | Santander Bank NA, Attn: Bankruptcy, PO Box 12646, Readiing, PA 19612-2646 |
| 517746679 | + | The Bank of New York, Attn: KML Law Group, LLC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517746680 | + | The Woodlands center, 1400 Woodland Avenue, Plainfield, NJ 07060-3362 |
| 517746681 | + | Union Count Probation, 1143 E. Jersey St., Elizabeth, NJ 07201-2310 |
| 517746682 | + | Union County Child Support, 1143-1145 East Jersey Street, Elizabeth, NJ 07201-2310 |
| 517746684 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 517848468 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517746685 | #+ | Yolene Auguste, 234 North 2nd Avenue, Manville, NJ 08835-1308 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: plncf13 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2021 22:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2021 22:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2021 22:13:00 | AmeriCredit Financial Services Inc., PO Box 183853, Arlington, TX 76096 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2021 22:13:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 517771208 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2021 22:13:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 517746644 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2021 22:13:00 | AmeriCredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 517746656 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 05 2021 23:38:06 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517746660 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 05 2021 22:13:00 | Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 517746662 | | Email/Text: abachman@rmbcollect.com | Feb 05 2021 22:15:00 | JFK Medical Center, 80 James St., 4th Floor, Edison, NJ 08820-3938 |
| 517746663 | + | Email/Text: abachman@rmbcollect.com | Feb 05 2021 22:15:00 | JFK Medical Center, PO Box 11913, Newark, NJ 07101-4913 |
| 517746657 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 05 2021 23:52:57 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 517746665 | + | Email/Text: bnc@nordstrom.com | Feb 05 2021 22:13:53 | Nordstrom Signature Visa, Colorado Service Center, PO Box 6555, Englewood, CO 80155-6555 |
| 517865851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2021 09:40:51 | Portfolio Recovery Associates, LLC, c/o Jetblue Plus Card, POB 41067, Norfolk VA 23541 |
| 517865852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2021 09:40:51 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 517862988 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2021 09:40:51 | Portfolio Recovery Associates, LLC, c/o Nfl Extra Points, POB 41067, Norfolk VA 23541 |
| 517746670 | | Email/Text: collections@profcu.org | Feb 05 2021 22:11:00 | Proponent Fcu, 536 Washington Ave, Nutley, NJ 07110 |
| 517866804 | | Email/Text: bkdepartment@rtresolutions.com | Feb 05 2021 22:15:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 517746673 | + | Email/Text: rwjebn@rwjbh.org | Feb 05 2021 22:16:00 | Robert Wood Johnson University Hospital, One Robert Wood Johnson Place, PO Box 2601, New Brunswick, NJ 08903-2601 |
| 517746674 | | Email/Text: rwjebn@rwjbh.org | Feb 05 2021 22:16:00 | Robert Wood Johnson University Medical, PO Box 21356, New York, NY 10087-1356 |
| 517746676 | + | Email/Text: bankruptcy@savit.com | Feb 05 2021 22:16:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517746677 | + | Email/Text: jennifer.chacon@spservicing.com | Feb 05 2021 22:16:00 | Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517746678 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 23:52:30 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517879299 | | Email/Text: jennifer.chacon@spservicing.com | Feb 05 2021 22:16:00 | The Bank of New York Mellon, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517861813 |  | U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN, Fay Servicing, LLC, 3000 Kellway Drive Suite 150 Carrollton, |
| 517815471 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 517746654 | *+ | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 517746655 | *+ | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 518318634 | * | Fay Servicing, LLC, PO Box 814609,, Dallas, TX 753814609 |
| 518318638 | * | Fay Servicing, LLC, PO Box 814609,, Dallas, TX 753814609 |
| 517746661 | * | Internal Revenue Service, Special Procedures Function, PO Box 744, Springfield, NJ 07081 |
| 517746664 | *+ | JFK Medical Center, PO Box 11913, Newark, NJ 07101-4913 |
| 517746648 | ##+ | Bank of America, Attn: Bankruptcy Nc4-105-02-77, PO Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 1 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021                          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon successor trustee to JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Joint Debtor Michelle A. Finney-Powell herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Debtor Carl A Powell Sr herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jill Manzo | on behalf of Creditor FAY SERVICING LLC, as servicer for U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@fskslaw.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. ROF III LEGAL TITLE TRUST 2015-1 BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor The Bank of New York Mellon successor trustee to JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: plncf13 | Total Noticed: 53 |

| | |
|---|---|
| | of the registered holders of Structured Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. ROF III LEGAL TITLE TRUST 2015-1  BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10