UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymonds, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on April 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CARL POWELL
MICHELLE FINNEY-POWELL,
DEBTOR(S)

Case No.: 18-28018 (VFP)

Adv. No.:

Hearing Date:

Judge: VINCENT PAPALIA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: April 28, 2021**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Carl Powell
        Michelle Finney- Powell , Debtor(s)

Case no.: 18-28018 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

     The applicant having certified that legal work supplemental
to basic Chapter 13 services has been rendered, and no objections
having been raised:

     ORDERED that Raymond and Raymond, Esqs., the applicant, is
allowed a fee of **$500.00** for services rendered and expenses in
the amount **$0.00**  for a total of **$500.00**.  The allowance shall be
payable

     ___XXXX___   through the Chapter 13 plan as an administrative
priority.

     _____   outside the plan.

The debtor's monthly plan payment is modified to require payments
as follows:

**$37,218 paid in through December 2020**

**$507 per month for four (4) months starting January 2021**

**$513 per month for twenty-nine (29) months starting May 2021**

This fee shall be payable to Debtor's counsel notwithstanding the
dismissal of the case.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-28018-VFP |
| Carl A Powell, Sr | Chapter 13 |
| Michelle A. Finney-Powell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Carl A Powell, Sr, Michelle A. Finney-Powell, 717 Watchung Avenue, Plainfield, NJ 07060-2696 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon  successor trustee to JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Carl A Powell  Sr herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Joint Debtor Michelle A. Finney-Powell herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jill Manzo | on behalf of Creditor FAY SERVICING  LLC, as servicer for U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK |

NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@fskslaw.com

John R. Morton, Jr.

on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor U.S. ROF III LEGAL TITLE TRUST 2015-1  BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald

on behalf of Creditor The Bank of New York Mellon  successor trustee to JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman

on behalf of Creditor U.S. ROF III LEGAL TITLE TRUST 2015-1  BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10