Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28018−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carl A Powell Sr
717 Watchung Avenue
Plainfield, NJ 07060

Michelle A. Finney−Powell
aka Michelle A Powell
717 Watchung Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−9081

xxx−xx−4688

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       2/16/23
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond
7 Glenwood Ave
Suite #408
4th Floor
East Orange, NJ 07017
973−675−5622

COMMISSION OR FEES
1200.00

EXPENSES
462.50

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Pot Plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 17, 2023
JAN:

                                                                  Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-28018-VFP |
| Carl A Powell, Sr | Chapter 13 |
| Michelle A. Finney-Powell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 17, 2023 | Form ID: 137 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carl A Powell, Sr, Michelle A. Finney-Powell, 717 Watchung Avenue, Plainfield, NJ 07060-2696 |
| cr | + | U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517746646 | + | Ashbrook, 1610 Raritan Rd., Scotch Plains, NJ 07076-2996 |
| 517746651 | + | Bank of America Home Loans, PO Box 660694, Dallas, TX 75266-0694 |
| 517768991 | + | Bank of America, N.A., c/o Marinosci Law Group, P.C., ATTN: Bankruptcy Department, 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 517746658 | + | Ernston McCormack, 191 Blackford Avenue, Piscataway, NJ 08854-2327 |
| 517746659 | + | Genesis Physician Services, PO Box 3208, Indianapolis, IN 46206-3208 |
| 517746667 | + | Plainfield M.U.A. Sewerage & Solid Waste, PO Box 23310, Newark, NJ 07101-3812 |
| 517746666 | | Plainfield M.U.A. Sewerage & Solid Waste, 127 Roosevelt Avenue, Plainfield, NJ 07060-1398 |
| 517746668 | + | Plainfield MUA, PO Box 5110, Plainfield, NJ 07061-5110 |
| 517746669 | + | Plainfield Rescue Squad, Inc., 700 W 7th St, Plainfield, NJ 07060-2011 |
| 517746671 | | Pulmonary Internists, PA, Attn: Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517746672 | + | Robert Wood Johnson, 865 Stone Street, Rahway, NJ 07065-2742 |
| 517746679 | + | The Bank of New York, Attn: KML Law Group, LLC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517746680 | + | The Woodlands center, 1400 Woodland Avenue, Plainfield, NJ 07060-3362 |
| 517746681 | + | Union Count Probation, 1143 E. Jersey St., Elizabeth, NJ 07201-2310 |
| 517746682 | + | Union County Child Support, 1143-1145 East Jersey Street, Elizabeth, NJ 07201-2310 |
| 517746684 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 17 2023 22:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 17 2023 22:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 17 2023 22:27:00 | AmeriCredit Financial Services Inc., PO Box 183853, Arlington, TX 76096 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 17 2023 22:27:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 517771208 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 17 2023 22:27:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 517746644 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 17 2023 22:27:00 | AmeriCredit/GM Financial, PO Box 181145, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Arlington, TX 76096-1145 |
| 517746645 | + | Email/PDF: bncnotices@becket-lee.com | Jan 17 2023 22:42:53 | Amex/Bankruptcy, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517746647 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2023 22:27:00 | Bank Of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 517746649 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 17 2023 22:27:00 | Bank of America, 100 N. Tyron Street, Charlotte, NC 28255-0001 |
| 517746648 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2023 22:27:00 | Bank of America, Attn: Bankruptcy Nc4-105-02-77, PO Box 26012, Greensboro, NC 27420-6012 |
| 517746652 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2023 22:27:00 | Bank of America Home Loans, 450 American Street, Simi Valley, CA 93065-6285 |
| 517746650 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2023 22:27:00 | Bank of America Home Loans, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 517873636 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2023 22:27:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 517746653 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 17 2023 22:27:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 517746656 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2023 22:30:48 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517746683 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2023 22:31:04 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518318633 | | Email/Text: ECF@fayservicing.com | Jan 17 2023 22:27:00 | Fay Servicing, LLC, PO Box 814609,, Dallas, TX 753814609 |
| 517746660 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 17 2023 22:27:00 | Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 517746662 | | Email/Text: abachman@rmbcollect.com | Jan 17 2023 22:28:00 | JFK Medical Center, 80 James St., 4th Floor, Edison, NJ 08820-3938 |
| 517746663 | + | Email/Text: abachman@rmbcollect.com | Jan 17 2023 22:28:00 | JFK Medical Center, PO Box 11913, Newark, NJ 07101-4913 |
| 517746657 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2023 22:30:47 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 517746665 | + | Email/Text: bnc@nordstrom.com | Jan 17 2023 22:27:59 | Nordstrom Signature Visa, Colorado Service Center, PO Box 6555, Englewood, CO 80155-6555 |
| 517865851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2023 22:31:03 | Portfolio Recovery Associates, LLC, c/o Jetblue Plus Card, POB 41067, Norfolk VA 23541 |
| 517865852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2023 22:30:39 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 517862988 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2023 22:30:49 | Portfolio Recovery Associates, LLC, c/o Nfl Extra Points, POB 41067, Norfolk VA 23541 |
| 517746670 | | Email/Text: collections@profcu.org | Jan 17 2023 22:27:00 | Proponent Fcu, 536 Washington Ave, Nutley, NJ 07110 |
| 517866804 | | Email/Text: bkdepartment@rtresolutions.com | Jan 17 2023 22:28:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 517746673 | + | Email/Text: rwjebn@rwjbh.org | Jan 17 2023 22:28:00 | Robert Wood Johnson University Hospital, One Robert Wood Johnson Place, PO Box 2601, New Brunswick, NJ 08903-2601 |
| 517746674 | | Email/Text: rwjebn@rwjbh.org | Jan 17 2023 22:28:00 | Robert Wood Johnson University Medical, PO Box 21356, New York, NY 10087-1356 |
| 517746675 | + | Email/Text: DeftBkr@santander.us | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: 137 | Total Noticed: 53 |

|  |  |  | Jan 17 2023 22:27:00 | Santander Bank NA, Attn: Bankruptcy, PO Box 12646, Readiing, PA 19612-2646 |
|---|---|---|---|---|
| 517746676 | + | Email/Text: bankruptcy@savit.com | Jan 17 2023 22:28:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517746677 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2023 22:28:00 | Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517746678 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 17 2023 22:30:48 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517879299 |  | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2023 22:28:00 | The Bank of New York Mellon, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517848468 |  | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2023 22:30:48 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517861813 |  | U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BAN, Fay Servicing, LLC, 3000 Kellway Drive Suite 150 Carrollton, |
| 517815471 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 517746654 | *+ | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 517746655 | *+ | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 518318634 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing, LLC, PO Box 814609,, Dallas, TX 753814609 |
| 518318638 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing, LLC, PO Box 814609,, Dallas, TX 753814609 |
| 517746661 | * | Internal Revenue Service, Special Procedures Function, PO Box 744, Springfield, NJ 07081 |
| 517746664 | *+ | JFK Medical Center, PO Box 11913, Newark, NJ 07101-4913 |
| 517746685 | ##+ | Yolene Auguste, 234 North 2nd Avenue, Manville, NJ 08835-1308 |

TOTAL: 1 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon successor trustee to JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: 137 | Total Noticed: 53 |

Herbert B. Raymond
　　on behalf of Joint Debtor Michelle A. Finney-Powell herbertraymond@gmail.com
　　raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Herbert B. Raymond
　　on behalf of Debtor Carl A Powell Sr herbertraymond@gmail.com,
　　raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Jill Manzo
　　on behalf of Creditor FAY SERVICING LLC, as servicer for U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@fskslaw.com

John R. Morton, Jr.
　　on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin Gordon McDonald
　　on behalf of Creditor The Bank of New York Mellon successor trustee to JPMorgan JPM Chase Bank, N.A., as Trustee, on behalf of the registered holders of Structured Asset Mortgage Investments II Trust 2005-AR7, Mortgage Pa kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
　　on behalf of Creditor U.S. ROF III LEGAL TITLE TRUST 2015-1 BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
　　on behalf of Creditor U.S. ROF III LEGAL TITLE TRUST 2015-1 BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com

Marie-Ann Greenberg
　　magecf@magtrustee.com

U.S. Trustee
　　USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10