UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: herbertraymond@gmail.com**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin de Lyon**
**Attorneys for the Debtor(s)**

Order Filed on February 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 18-28018 (VFP) |
|---|---|
|  | Adv. No.: |
| CARL POWELL, SR.<br>MICHELLE FINNEY-POWELL,<br><br>DEBTOR(S) | Hearing Date: |
|  | Judge: VINCENT PAPALIA |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: February 21, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtor: Carl Powel, Sr. And Michelle Finney-Powell, Debtor(s)

Case no.: 18-28018 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$1,200.00** for services rendered and expenses in the amount **$462.50** for a total of **$1,662.50**. The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

**PLAN PAYMENT SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:**

**$37,218 paid in through December 2020**

**$504 per month for four (4) months starting January 2021**

**$513 per month for twenty-one (21) months starting May 2021**

**$664 per month for eight (8) months starting February 2023**

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.